UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK T. CRAIGHEAD AND SAFE PLACE TRANSITION CENTER INC,

Plaintiff,

v.

DANA NESSEL, *et al.*,

Defendants.

______________________________ /

Case No. 24-10022

F. Kay Behm
United States District Judge

**ORDER TO OBTAIN COUNSEL (SAFE PLACE TRANSITION CENTER, INC.)**

**A** corporation may not litigate a case pro se; it must have a lawyer represent it or risk default or dismissal. *See Rowland v. California Mens Colony, Unit II Mens' Advisory Council*, 506 U.S. 194, 201-03 (1993) ("A corporation, partnership, or association may appear in federal courts only through licensed counsel and not through the pro se representation of an officer, agent, or shareholder."); *Doherty v. Am. Motors Corp.*, 728 F.2d 334, 340 (6th Cir. 1984) ("The rule of this circuit is that a corporation cannot appear in federal court except through an attorney."); *SEC v. Merklinger*, 489 F. App'x 937, 939-40 (6th Cir. 2012) holding the same) (citing *Taylor Steel, Inc. v. Keeton*, 417 F.3d 598, 603

(6th Cir. 2005)). No counsel for Safe Place Transition Center Inc. ("Safe Place") has yet appeared as of the date of this order.

As such, the court **ORDERS** that Plaintiff Safe Place has 30 days to obtain representation. Failure to cure Plaintiff Safe Place's lack of representation in that time will result in dismissal of the case as to Safe Place.

**SO ORDERED**.

Date: August 14, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge