UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK T. CRAIGHEAD and SAFE PLACE TRANSITION CENTER INC.,

Plaintiffs,

v.

DANA NESSEL, *et al.*,

Defendants.
_______________________ /

Case No. 24-10022

Hon. F. Kay Behm
United States District Judge

Hon. Elizabeth A. Stafford
U.S. Magistrate Judge

**OPINION AND ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S SEPTEMBER 23, 2026 REPORT AND RECOMMENDATION (ECF No. 34)**

Currently before the court is Magistrate Judge Stafford's September 23, 2026 Report and Recommendation (ECF No. 34). Magistrate Judge Stafford recommends that Plaintiff Mark T. Craighead's motion (ECF No. 33) be granted and Safe Place Transition Center Inc. be terminated as a plaintiff in this matter. The Court has fully reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing

*Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The court nevertheless agrees with the Magistrate Judge's recommended disposition.

Therefore, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 34), **GRANTS** Plaintiff's motion (ECF No. 33), and terminates Safe Place Transition Center Inc. as a Plaintiff in this matter.

**SO ORDERED**.

Date: October 13, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge